IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 02-cv-01413-MSK-BNB

JOHN SCOTT HORNAFIUS and
JOEL H. MANESS, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

EXXON MOBIL CORPORATION,
MOBIL CORPORATION EMPLOYEE SEVERANCE PLAN,
JAN MADIGAN,
CHRIS O'FLINN,
TOM HARRISON and
ROD LEIS,

    Defendants.
_____

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO VACATE AND RESET THE LAW AND MOTION HEARING SET FOR OCTOBER 28, 2005**
_____

    THE COURT, having reviewed Defendants' Unopposed Motion to Vacate and Reset the Law and Motion Hearing Set for October 28, 2005, and being otherwise advised, hereby **ORDERS** as follows:

    Defendants' motion **(#308)** to vacate and reset the law and motion hearing now set for October 28, 2005 is **GRANTED**. The law and motion hearing is reset to **November 1, 2005 at 3:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

    Dated this 23rd day of September, 2005.

                                        **BY THE COURT:**

                                        *[signature]*
                                        _____

                                        Marcia S. Krieger
                                        United States District Judge