IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 02-cv-01413-MSK-BNB

JOHN SCOTT HORNAFIUS and
JOEL H. MANESS, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

EXXON MOBIL CORPORATION,
MOBIL CORPORATION EMPLOYEE SEVERANCE PLAN,
JAN MADIGAN,
CHRIS O'FLINN,
TOM HARRISON and
ROD LEIS,

    Defendants.
_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

    This action is before the Court on the Parties Stipulated Dismissal with Prejudice" **(#330)**.

THE COURT, having reviewed the above-captioned Stipulation for Dismissal With Prejudice,

and being fully advised in the premise, hereby FINDS AND ORDERS that: This case is

DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorney fees.

    DATED this 19th day of January 2006.

                                               **BY THE COURT:**

                                               Marcia S. Krieger
                                               United States District Judge